# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

HOOTERS OF AMERICA, LLC, a
Georgia limited liability company,
HOA SYSTEMS, LLC, a Delaware
limited liability company, and HI
LIMITED PARTNERSHIP, a Florida
limited partnership,

      Plaintiffs,

v.

HOOT OWL RESTAURANTS, LLC,
a Delaware limited liability company,

      Defendant.

Civil Case No.: 1:16-cv-01825-SCJ

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING THE OUTCOME OF PARALLEL LITIGAITON IN NEW JERSEY

COMES NOW Defendant Hoot Owl Restaurants, LLC ("Defendant"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b), hereby file this Motion to Dismiss Plaintiffs' Complaint with Prejudice. This Motion is based upon the allegations contained in Plaintiffs' Complaint, Defendant's Memorandum of Law, and all other pleadings of record.

WHEREFORE, Defendant respectfully requests that this Court GRANT this Motion and dismiss Plaintiffs' Complaint with Prejudice.

Respectfully submitted,

COHEN, GOLDSTEIN

& GOTLIEB, LLP

*/s/  Lee S. Goldstein, Esq.*
Lee S. Goldstein, Esq.
Georgia Bar No.: 300437

990 Hammond Drive, Suite 990
Atlanta, Georgia 30328
Tel: (770) 393-0990
Fax: (770) 901-9417

Of Counsel:

Gerald A. Marks, Esq.
Justin M. Klein, Esq.
Pending Admission *Pro Hac Vice*
MARKS & KLEIN, LLP
63 Riverside Avenue
Red Bank, New Jersey 07701
Tel: 732-747-7100
Fax: 732-219-0625

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(c).

Dated:      August 12, 2016

/s/ Lee S. Goldstein, Esq.
Lee S. Goldstein, Esq

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of August, 2016, a copy of the foregoing was served on Plaintiffs' counsel-of-record via the ECF system and U.S. Mail:

Ronald T. Coleman, Jr. Esq.
Zachary M. LeVasseur, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia 30360

*/s/ Lee S. Goldstein, Esq.*
Lee S. Goldstein, Esq.
